UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Olean Wholesale Grocery Cooperative, Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>Agri Stats, Inc., Clemens Food Group, LLC, Hormel Foods Corporation, Indiana Packers Corporation, JBS USA, Seaboard Foods, LLC, Smithfield Foods, Inc., Triumph Foods, LLC, Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Fresh Meats, Inc.<br><br>     Defendants. | Case No. 0:18-cv-02058-PJS-BRT<br><br>OLEAN WHOLESALE GROCERY COOPERATIVE, INC.'S RULE 7.1 DISCLOSURE STATEMENT |

Plaintiff Olean Wholesale Grocery Cooperative, Inc. ("Olean") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Olean has no parent corporation.

2. No publicly held corporation owns any stock or other membership interest in Olean.

Dated: July 31, 2018

           LOCKRIDGE GRINDAL NAUEN P.L.L.P.

           *s/ W. Joseph Bruckner*
           W. Joseph Bruckner (#0147758)
           Elizabeth R. Odette (#340698)
           Brian D. Clark (#0390069)
           Simeon A. Morbey (#0391338)
           Arielle S. Wagner (#0398332)
           100 Washington Avenue South, Suite 2200
           Minneapolis, MN 55401
           T:  (612) 339-6900
           F:  (612) 339-0981
           wjbruckner@locklaw.com
           bdclark@locklaw.com
           erodette@locklaw.com
           samorbey@locklaw.com
           aswagner@locklaw.com

529878.1

        Roberta D. Liebenberg
        Jeffrey S. Istvan
        Adam J. Pessin
        FINE, KAPLAN AND BLACK, R.P.C.
        One South Broad St., 23rd Floor
        Philadelphia, PA 19107
        T: (215) 567-6565
        F: (215) 568-5872
        rliebenberg@finekaplan.com
        jistvan@finekaplan.com
        apessin@finekaplan.com

        Arthur N. Bailey
        Marco Cercone
        RUPP BAASE PFALZGRAF
        CUNNINGHAM, LLC
        1600 Liberty Building
        424 Main Street
        Buffalo, NY 14202
        T: (716) 854-3400
        F: (716) 332-0336
        bailey@ruppbaase.com
        cercone@ruppbaase.com

        *Counsel for Direct Purchaser Plaintiff Olean Wholesale Grocery Cooperative, Inc.*